UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc.** ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> **Richard Malcolm** ) <br> ) <br> Defendant ) | Case No.: <br><br> **CORPORATION DISCLOSURE STATEMENT** |

05 11156 NMG

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts/New Hampshire/Ohio, Inc., a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts/New Hampshire/Ohio, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts/New Hampshire/Ohio, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of MA/NH/OH, Inc.
By Its Local Counsel,

6/2/05
Date

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Page 1