AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of MA/NH/OH, Inc.

V.

Richard Malcolm

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11156 NMG

TO: (Name and address of Defendant)

Richard Malcolm
121 Pinecrest Road
Holliston, MA 01746-6167

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                              JUN - 3 2005
_____                    _____
CLERK                                                                          DATE

_____
(By) DEPUTY CLERK

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

June 21, 2005

I hereby certify and return that on 6/15/2005 at 2:30PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, DISCLOSURE & COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of RICHARD MALCOLM, , 121 PINECREST Road HOLLISTON, MA 01746 and by mailing 1st class to the above address on 6/15/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($10.88) Total Charges $44.88

*James C. Moune*

_____
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date              Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.