# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc.** | ) | **Case No.: 1:05-cv-11156-NMG** |
| | ) | |
| | ) | **PLAINTIFF'S REQUEST** |
| Plaintiff, | ) | **FOR ENTRY OF DEFAULT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Richard Malcolm** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Massachusetts/New Hampshire/Ohio, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendants Richard Malcolm (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendants. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts/New Hampshire/
Ohio, Inc.
By Its Attorney,

5/23/05_____          \_/s/ John M. McLaughlin_____
Date                    John M. McLaughlin
                        **Green, Miles, Lipton & Fitz-Gibbon LLP**
                        77 Pleasant Street
                        P.O. 210
                        Northampton, MA 01061
                        Telephone: (413) 586-0865
                        BBO No. 556328

**CERTIFICATE OF SERVICE**

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 10th day of November, 2005, a copy of the foregoing Request for Default was mailed first class to:

Richard Malcolm
121 Pinecrest Road
Holliston, MA 01746

 _/s/ John M. McLaughlin_____
John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Comcast of Massachusetts/New Hampshire/Ohio, Inc.<br><br>      **Plaintiff,**<br><br>      **vs.**<br><br>**Richard Malcolm**<br><br>      **Defendant** | **Case No.:  1:05-cv-11156-NMG**<br><br>**AFFIDAVIT OF ATTORNEY FOR PLAINTIFF'S REQUEST FOR DEFAULT** |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On June 7, 2005, the Plaintiff filed a Complaint against the Defendant, **Richard Malcolm**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On June 15, 2005, the said Defendant was served **by last and usual place of abode, by Deputy Sheriff James C. Morrone** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have had phone conversations with this Defendant and some e-mail interaction with this Defendant; yet he has not responded to my last inquiries and he has not filed any pleadings.

6.       I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

7.       I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 10th day of November, 2005.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts/New Hampshire/
Ohio, Inc.
By Its Attorney,


/s/ John M. Mclaughlin
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc.** | ) | **Case No.: 1:05-cv-11156-NMG** |
| | ) | |
| | ) | **ORDER FOR NOTICE OF REQUEST** |
| **Plaintiff,** | ) | **FOR DEFAULT** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Richard Malcolm,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk