**UNITED STATES DISTRICT COURT
DISTRICT OF MA**

| | |
|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc.** ) | Case No.: 1:05-cv-11156-NMG |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| ) | **WITH PREJUDICE** |
| vs. ) | |
| ) | |
| **Richard Malcolm** ) | |
| ) | |
| Defendant | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint with prejudice and without cost to either party.

                Respectfully Submitted for the Plaintiff,
                Comcast of Massachusetts/New Hampshire/Ohio, Inc.
                By Its Attorney,

| | |
|---|---|
| 1/26/2006 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061-0210 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 26th day of January, 2006, a copy of the foregoing was mailed first class to:

Richard Malcolm
121 Pinecrest Road
Holliston, MA 01746

                                      /s/ John M. McLaughlin
                                      John M. McLaughlin, Esq.